Thomas J. BOYD, Appellant,

v.

STATE of Missouri, Respondent.

WD 79426

Missouri Court of Appeals,
Western District.

ORDER FILED: December 27, 2016

Ellen Flottman, Columbia, MO, for appellant.

Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division One: Thomas H. Newton, Presiding Judge, Cynthia L. Martin, Judge and Edward R. Ardini, Jr., Judge

## ORDER

Per curiam:

Thomas Boyd appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Boyd argues that there was not a sufficient factual basis to support his guilty plea, and that his two claims for ineffective assistance of counsel were not refuted by the record as found by the

motion court. Finding no error, we affirm. Rule 84.16(b).